1  Barry M. Kaplan, WSBA #8661
Gregory L. Watts, WSBA #43995
2  WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
3  701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
4  Telephone: (206) 883-2500
Facsimile: (206) 883-2699
5  Email: bkaplan@wsgr.com
Email: gwatts@wsgr.com
6
Attorneys for Defendants
7  Giga Watt, Inc. and
GigaWatt, Pte., Ltd.

8

UNITED STATES DISTRICT COURT
9  EASTERN DISTRICT OF WASHINGTON

10

MARK MOSS,                                 CASE NO.:  2:18-cv-00100-SMJ
11
        Plaintiff,                         STIPULATION TO EXTEND TIME
                                           TO RESPOND TO COMPLAINT
12
    v.
13
GIGA WATT, INC., et al.,
14
        Defendants.
15

16

17

18

19

20

21  STIPULATION TO EXTEND        **WILSON SONSINI GOODRICH & ROSATI**
    TIME TO RESPOND TO           701 Fifth Avenue, Suite 5100, Seattle, WA 98104-7036
    COMPLAINT                    Tel: (206) 883-2500  Fax: (206) 883-2699

1    WHEREAS, on March 19, 2018, Plaintiff Mark Moss filed a Complaint

2  alleging claims for recission of contract and violations of Section 12(a)(1) of the

3  Securities Act of 1933, 15 U.S.C. §§ 77l(a)(1) and Section RCW 21.20.430 of the

4  Washington State Securities Act against Giga Watt, Inc. and GigaWatt, Pte., Ltd.

5  (collectively, "Defendants").

6    WHEREAS, Plaintiff represents that service was effected on Giga Watt, Inc.

7  on March 26, 2018.

8    WHEREAS, Defendants have agreed to waive service of summons for

9  GigaWatt, Pte., Ltd.

10    WHEREAS, the parties, in consideration of the above, have met and

11  conferred regarding an extension of time to respond to the Complaint.

12    THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and

13  among the respective parties hereto that:

14    1.    Defendants shall not have to move, or otherwise to respond to the

15  Complaint sooner than 75 days after the date of this Stipulation.

16    2.    This Stipulation is entered into without prejudice to any party seeking

17  any interim relief.

18    3.    Nothing in this Stipulation shall be construed as a waiver of any of

19  Defendants' rights or positions in law, or in equity, or as a waiver of any defenses

20

21  STIPULATION TO EXTEND                    -2-        **WILSON SONSINI GOODRICH & ROSATI**
    TIME TO RESPOND TO                                701 Fifth Avenue, Suite 5100, Seattle, WA 98104-7036
    COMPLAINT                                         Tel: (206) 883-2500   Fax: (206) 883-2699

1    that Defendants would otherwise have, including, without limitation, jurisdictional

2    defenses.

3          The parties respectfully enclose below a proposed order to such effect.

4

5          RESPECTFULLY SUBMITTED AND DATED this 13th day of April

6    2018.

7

8       WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation

9

10   By: /s/ Barry M. Kaplan
     Barry M. Kaplan, WSBA #8661

11        Gregory L. Watts, WSBA #43995
     701 Fifth Avenue, Suite 5100

12        Seattle, WA  98104-7036
     Telephone: (206) 883-2500
     Facsimile: (206) 883-2699

13        Email:  bkaplan@wsgr.com
     Email:  gwatts@wsgr.com

14
     *Attorneys for Defendants Giga Watt, Inc.*

15        *and GigaWatt, Pte., Ltd.*

16

17

18

19

20

21   STIPULATION TO EXTEND
TIME TO RESPOND TO
COMPLAINT

       -3-

1    TERRELL MARSHALL LAW GROUP PLLC

2

3    By:  /s/ Beth E. Terrell
     Beth E. Terrell, WSBA #26759
     Blythe H. Chandler, WSBA #43387

4    Brittany J. Glass, WSBA #52095
     936 North 34th Street, Suite 300

5    Seattle, Washington 98103
     Telephone: (206) 816-6603

6    Facsimile: (206) 319-5450
     Email:  bterrell@terrellmarshall.com

7    Email:  bchandler@terrellmarshall.com
     Email:  bglass@terrellmarshall.com

8    *Attorneys for Plaintiff Mark Moss*

9

10   SILVER MILLER

11

     By:  /s/ David C. Silver
12   David C. Silver, *pro hac vice forthcoming*
     Jason S. Miller, *pro hac vice forthcoming*

13   11780 West Sample Road
     Coral Springs, Florida 33065

14   Telephone: (954) 516-6000
     Email:  DSilver@SilverMillerLaw.com

15   Email:  JMiller@SilverMillerLaw.com

16   *Attorneys for Plaintiff Mark Moss*

17

18

19

20

21
STIPULATION TO EXTEND
TIME TO RESPOND TO
COMPLAINT

-4-

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100, Seattle, WA 98104-7036
Tel: (206) 883-2500   Fax: (206) 883-2699

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 13, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Beth E. Terrell              bterrell@terrellmarshall.com

Blythe H. Chandler      bchandler@terrellmarshall.com

Brittany J. Glass          bglass@terrellmarshall.com

Barry M. Kaplan         bkaplan@wsgr.com, rcarter@wsgr.com

Gregory L. Watts        gwatts@wsgr.com, rcarter@wsgr.com

/s/ Barry M. Kaplan
Barry M. Kaplan, WSBA #8661
Gregory L. Watts, WSBA #43995
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone:  (206) 883-2500
Facsimile:   (206) 883-2699
Email:  bkaplan@wsgr.com
Email:  gwatts@wsgr.com

*Attorneys for Defendants Giga Watt, Inc.
and GigaWatt, Pte., Ltd.*

STIPULATION TO EXTEND
TIME TO RESPOND TO
COMPLAINT

-5-

**WILSON SONSINI GOODRICH & ROSATI**
701 Fifth Avenue, Suite 5100, Seattle, WA 98104-7036
Tel: (206) 883-2500   Fax: (206) 883-2699