Barry M. Kaplan, WSBA #8661
Gregory L. Watts, WSBA #43995
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone: (206) 883-2500
Facsimile: (206) 883-2699
Email: bkaplan@wsgr.com
Email: gwatts@wsgr.com

Attorneys for Defendants
Giga Watt, Inc. and
GigaWatt, Pte., Ltd.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARK MOSS,<br><br>            Plaintiff,<br><br>      v.<br><br>GIGA WATT, INC., et al.,<br><br>            Defendants. | CASE NO.:  2:18-cv-00100-SMJ<br><br>[PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT |

[PROPOSED] ORDER TO
EXTEND TIME TO RESPOND
TO COMPLAINT

**WILSON SONSINI GOODRICH & ROSATI**
701 Fifth Avenue, Suite 5100, Seattle, WA 98104-7036
Tel: (206) 883-2500   Fax: (206) 883-2699

THIS MATTER having come on regularly before the Court upon the foregoing Stipulation of the parties hereto, and the Court being fully advised in the premises, now, therefore, it is hereby,

ORDERED, ADJUDGED, AND DECREED that Defendants shall not be required to move, or otherwise to respond to the Complaint sooner than 75 days after the date of the Stipulation.

IT IS SO ORDERED.

Dated this _____ day of _____, 2018.

_____
United States District Judge