1  Barry M. Kaplan, WSBA #8661
2  Gregory L. Watts, WSBA #43995
   WILSON SONSINI GOODRICH & ROSATI
3  Professional Corporation
   701 Fifth Avenue, Suite 5100
4  Seattle, WA 98104-7036
   Telephone: (206) 883-2500
5  Facsimile: (206) 883-2699
   Email: bkaplan@wsgr.com
6  Email: gwatts@wsgr.com

7  Attorneys for Defendants
   Giga Watt, Inc. and
8  GigaWatt, Pte., Ltd.

9

10               UNITED STATES DISTRICT COURT
                 EASTERN DISTRICT OF WASHINGTON
11

12 | MARK MOSS,                    | CASE NO.: 2:18-cv-00100-SMJ
13 |         Plaintiff,             | NOTICE OF APPEARANCE OF
                                    | GREGORY L. WATTS ON BEHALF
14 |    v.                          | OF GIGA WATT, INC. and
                                    | GIGAWATT, PTE., LTD.
15 | GIGA WATT, INC., et al.,       |
16 |         Defendants.            |

17
18
19
20
21
22
23
24
25

NOTICE OF APPEARANCE OF
GREGORY L. WATTS

WILSON SONSINI GOODRICH & ROSATI, P.C.
701 Fifth Avenue, Suite 5100, Seattle, WA 98104-7036
Tel: (206) 883-2500 ◊ Fax: (206) 883-2699

1  TO: The Clerk of the Court

2  AND TO: All Parties of Record

3  PLEASE TAKE NOTICE that Gregory L. Watts of Wilson Sonsini Goodrich

4  & Rosati hereby appears as attorney of record for Defendants Giga Watt, Inc. and

5  GigaWatt, Pte., Ltd.  Mr. Watts hereby requests that all future papers and pleadings

6  herein, except original process, be served upon him, at the address set forth below.

7  Such appearance shall be without prejudice to the Defendants' ability to contest

8  jurisdiction or service of process or assert any other rights or defenses.

9  Dated: April 13, 2018

/s/ Gregory L. Watts
Barry M. Kaplan, WSBA #8661
Gregory L. Watts, WSBA #43995
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Telephone:  (206) 883-2500
Facsimile:  (206) 883-2699
Email: bkaplan@wsgr.com
Email: gwatts@wsgr.com

*Attorneys for Defendants Giga Watt, Inc. and GigaWatt, Pte., Ltd.*

NOTICE OF APPEARANCE OF GREGORY L. WATTS -1-

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100, Seattle, WA  98104-7036
Tel: (206) 883-2500 ◊ Fax: (206) 883-26999

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| Beth E. Terrell | bterrell@terrellmarshall.com |
| Blythe H. Chandler | bchandler@terrellmarshall.com |
| Brittany J. Glass | bglass@terrellmarshall.com |
| Barry M. Kaplan | bkaplan@wsgr.com, rcarter@wsgr.com |
| Gregory L. Watts | gwatts@wsgr.com, rcarter@wsgr.com |

/s/ Gregory L. Watts
Gregory L. Watts, WSBA #43995

CERTIFICATE OF SERVICE

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100, Seattle, WA 98104-7036
Tel: (206) 883-2500 $ Fax: (206) 883-26999