Barry M. Kaplan, WSBA #8661
Gregory L. Watts, WSBA #43995
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone: (206) 883-2500
Facsimile: (206) 883-2699
Email: bkaplan@wsgr.com
Email: gwatts@wsgr.com

Attorneys for Defendants
Giga Watt, Inc. and
GigaWatt, Pte., Ltd.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARK MOSS,<br><br>       Plaintiff,<br><br>  v.<br><br>GIGA WATT, INC., et al.,<br><br>       Defendants. | CASE NO.: 2:18-cv-00100-SMJ<br><br>NOTICE OF APPEARANCE OF BARRY M. KAPLAN ON BEHALF OF GIGA WATT, INC. and GIGAWATT, PTE., LTD. |

NOTICE OF APPEARANCE OF
BARRY M. KAPLAN

WILSON SONSINI GOODRICH & ROSATI, P.C.
701 Fifth Avenue, Suite 5100, Seattle, WA 98104-7036
Tel: (206) 883-2500 ◊ Fax: (206) 883-2699

TO:          The Clerk of the Court

AND TO:     All Parties of Record

PLEASE TAKE NOTICE that Barry M. Kaplan of Wilson Sonsini Goodrich & Rosati hereby appears as attorney of record for Defendants Giga Watt, Inc. and GigaWatt, Pte., Ltd.  Mr. Kaplan hereby requests that all future papers and pleadings herein, except original process, be served upon him, at the address set forth below.  Such appearance shall be without prejudice to the Defendants' ability to contest jurisdiction or service of process or assert any other rights or defenses.

Dated:  April 13, 2018

/s/ Barry M. Kaplan
Barry M. Kaplan, WSBA #8661
Gregory L. Watts, WSBA #43995
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Telephone:  (206) 883-2500
Facsimile:  (206) 883-2699
Email:  bkaplan@wsgr.com
Email:  gwatts@wsgr.com

*Attorneys for Defendants Giga Watt, Inc. and GigaWatt, Pte., Ltd.*

NOTICE OF APPEARANCE OF
BARRY M. KAPLAN                    -1-

**WILSON SONSINI GOODRICH & ROSATI**
701 Fifth Avenue, Suite 5100, Seattle, WA  98104-7036
Tel: (206) 883-2500 ◊ Fax: (206) 883-26999

**CERTIFICATE OF SERVICE**

I hereby certify that on April 13, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| Beth E. Terrell | bterrell@terrellmarshall.com |
| Blythe H. Chandler | bchandler@terrellmarshall.com |
| Brittany J. Glass | bglass@terrellmarshall.com |
| Barry M. Kaplan | bkaplan@wsgr.com, rcarter@wsgr.com |
| Gregory L. Watts | gwatts@wsgr.com, rcarter@wsgr.com |

/s/ Barry M. Kaplan

Barry M. Kaplan, WSBA #8661

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100, Seattle, WA 98104-7036
Tel: (206) 883-2500 ◊ Fax: (206) 883-26999