Barry M. Kaplan, WSBA #8661
Gregory L. Watts, WSBA #43995
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone: (206) 883-2500
Facsimile: (206) 883-2699
Email: bkaplan@wsgr.com
Email: gwatts@wsgr.com

Attorneys for Defendants
Giga Watt, Inc. and
GigaWatt Pte. Ltd.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARK MOSS,<br><br>    Plaintiff,<br><br>    v.<br><br>GIGA WATT, INC., et al.,<br><br>    Defendants. | CASE NO.: 2:18-cv-00100-SMJ<br><br>GIGA WATT, INC.'S DISCLOSURE STATEMENT |

GIGA WATT, INC.'S
DISCLOSURE STATEMENT

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100, Seattle, WA 98104-7036
Tel: (206) 883-2500   Fax: (206) 883-2699

## DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Giga Watt, Inc. certifies through the undersigned counsel that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Barry M. Kaplan
    Barry M. Kaplan, WSBA #8661
    Gregory L. Watts, WSBA #43995
    701 Fifth Avenue, Suite 5100
    Seattle, WA  98104-7036
    Telephone:  (206) 883-2500
    Facsimile:   (206) 883-2699
    Email:  bkaplan@wsgr.com
    Email:  gwatts@wsgr.com

*Attorneys for Defendants Giga Watt, Inc. and GigaWatt Pte. Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| Beth E. Terrell | bterrell@terrellmarshall.com |
| Blythe H. Chandler | bchandler@terrellmarshall.com |
| Brittany J. Glass | bglass@terrellmarshall.com |
| Barry M. Kaplan | bkaplan@wsgr.com, rcarter@wsgr.com |
| Gregory L. Watts | gwatts@wsgr.com, rcarter@wsgr.com |

/s/ Barry M. Kaplan
Barry M. Kaplan, WSBA #8661