1  Barry M. Kaplan, WSBA #8661
   Gregory L. Watts, WSBA #43995
2  Stephanie L. Jensen, WSBA #42042
   WILSON SONSINI GOODRICH & ROSATI
3  Professional Corporation
   701 Fifth Avenue, Suite 5100
4  Seattle, WA 98104-7036
   Telephone: (206) 883-2500
5  Facsimile: (206) 883-2699
   Email: bkaplan@wsgr.com
6  Email: gwatts@wsgr.com

7  Attorneys for Defendants
   Giga Watt, Inc. and
8  GigaWatt, Pte., Ltd.

9

10                    UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF WASHINGTON
11

12  MARK MOSS,                         CASE NO.: 2:18-cv-00100-SMJ

13          Plaintiff,                 NOTICE OF APPEARANCE OF
                                       STEPHANIE L. JENSEN ON
14      v.                             BEHALF OF GIGA WATT, INC.
                                       AND GIGAWATT, PTE., LTD.
15  GIGA WATT, INC., et al.,

16          Defendants.

17

18

19

20

21

22

23

24

25

NOTICE OF APPEARANCE OF
STEPHANIE L. JENSEN

TO: The Clerk of the Court

AND TO: All Parties of Record

PLEASE TAKE NOTICE that Stephanie L. Jensen of Wilson Sonsini Goodrich & Rosati hereby appears as attorney of record for Defendants Giga Watt, Inc. and GigaWatt, Pte., Ltd. Ms. Jensen hereby requests that all future papers and pleadings herein, except original process, be served upon her, at the address set forth below. Such appearance shall be without prejudice to the Defendants' ability to contest jurisdiction or service of process or assert any other rights or defenses.

Dated: July 2, 2018

/s/ Stephanie L. Jensen
Barry M. Kaplan, WSBA #8661
Gregory L. Watts, WSBA #43995
Stephanie L. Jensen, WSBA #42042
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone: (206) 883-2500
Facsimile: (206) 883-2699
Email: bkaplan@wsgr.com
Email: gwatts@wsgr.com
Email: sjensen@wsgr.com

*Attorneys for Defendants Giga Watt, Inc. and GigaWatt, Pte., Ltd.*

NOTICE OF APPEARANCE OF
STEPHANIE L. JENSEN

-1-

**WILSON SONSINI GOODRICH & ROSATI, P.C.**
701 Fifth Avenue, Suite 5100, Seattle, WA 98104-7036
Tel: (206) 883-2500 ✧ Fax: (206) 883-2699

# CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| Beth E. Terrell | bterrell@terrellmarshall.com |
| Blythe H. Chandler | bchandler@terrellmarshall.com |
| Brittany J. Glass | bglass@terrellmarshall.com |
| Barry M. Kaplan | bkaplan@wsgr.com, rcarter@wsgr.com |
| Gregory L. Watts | gwatts@wsgr.com, rcarter@wsgr.com |

/s/ Stephanie L. Jensen
Stephanie L. Jensen, WSBA #42042

CERTIFICATE OF SERVICE

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100, Seattle, WA 98104-7036
Tel: (206) 883-2500 ⬥ Fax: (206) 883-26999