Barry M. Kaplan, WSBA #8661
Gregory L. Watts, WSBA #43995
Stephanie L. Jensen, WSBA #42042
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone: (206) 883-2500
Facsimile: (206) 883-2699
Email: bkaplan@wsgr.com
Email: gwatts@wsgr.com
Email:  sjensen@wsgr.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARK MOSS, an individual;<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GIGA WATT, INC., a Washington corporation; and GIGA WATT, PTE, LTD., a foreign corporation;<br><br>　　　　Defendants. | CASE NOS.:　2:18-cv-00100-SMJ<br>　　　　　　　　2:18-cv-00103-SMJ<br><br>**STIPULATION TO CONSOLIDATE ACTIONS UNDER FED. R. CIV. P. 42(a)**<br><br>CLASS ACTION |
| RAYMOND BALESTRA, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GIGA WATT, INC., GIGA WATT, PTE, LTD., CRYPTONOMOS PTE. LTD., and DAVE CARLSON,<br><br>　　　　Defendants. | |

1  All parties to the two above-captioned actions, through their respective counsel of record, submit the following Stipulation To Consolidate Actions Under Fed. R. Civ. P. 42(a), and ask the Court to enter an order consistent with this Stipulation.

WHEREAS, on March 19, 2018, plaintiff Mark Moss filed Case No. 2:18-cv-00100 against defendants Giga Watt, Inc. and GigaWatt Pte. Ltd. (the "*Moss* Action"). And the following day, on March 20, 2018, plaintiff Raymond Balestra, individually and on behalf of all others similarly situated, filed Case No. 2:18-cv-00103 against the same defendants as well as Cryptonomos Pte. Ltd. and Dave Carlson (the "*Balestra* Action");

WHEREAS, the *Moss* Action and *Balestra* Action share numerous common questions of law and fact, and both actions are currently pending before this Court;

WHEREAS, defendants in the *Moss* Action have until July 2, 2018 to file a responsive pleading in that action;

WHEREAS, on June 28, 2018, this Court appointed Silver Miller, counsel for plaintiff in the *Moss* Action, as co-lead counsel for the proposed class in the *Balestra* Action;

WHEREAS, this Court has ordered that defendants in the *Balestra* Action need not file a responsive pleading in that action until 45 days after lead plaintiff in the *Balestra* Action has filed and served a consolidated complaint, or designated an operative complaint in that action;

WHEREAS, the parties agree that requiring defendants to respond separately to the complaint in the *Moss* Action and the complaint to be deemed

STIPULATION TO CONSOLIDATE ACTIONS    -2-    WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100, Seattle, WA 98104-7036
Tel: (206) 883-2500    Fax: (206) 883-2699

operative by the lead plaintiff in the *Balestra* Action would be duplicative and wasteful;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the respective parties hereto, that:

(1) The two above-captioned actions be consolidated for all purposes, including pre-trial proceedings and trial, with the *Balestra* Action serving as the lead case; and

(2) Defendants need not file any responsive pleading in the consolidated action until 45 days after lead plaintiff in the *Balestra* Action, once appointed, has filed and served a consolidated complaint, or designated an operative complaint in that action.

Together with this Stipulation, the parties respectfully submit a proposed order to the above effect.

Dated: July 2, 2018

By: /s/ Barry M. Kaplan
Barry M. Kaplan, WSBA #8661
Gregory L. Watts, WSBA #43995
Stephanie L. Jensen, WSBA #42042
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone: (206) 883-2500
Facsimile: (206) 883-2699
Email: bkaplan@wsgr.com
Email: gwatts@wsgr.com
Email: sjensen@wsgr.com

*Attorneys for all defendants in the Moss and Balestra Actions*

| | |
|---|---|
| By: | /s/ Beth E. Terrell |
| | Beth E. Terrell, WSBA #26759 |
| | Blythe H. Chandler, WSBA #43387 |
| | Brittany J. Glass, WSBA #52095 |
| | TERRELL MARSHALL LAW GROUP PLLC |
| | 936 North 34th Street, Suite 300 |
| | Seattle, Washington 98103 |
| | Telephone: (206) 816-6603 |
| | Facsimile: (206) 319-5450 |
| | Email: bterrell@terrellmarshall.com |
| | Email: bchandler@terrellmarshall.com |

*Attorneys for plaintiff Mark Moss in the Moss Action*

By: /s/ David C. Silver
David C. Silver, *pro hac vice motion forthcoming*
Jason S. Miller, *pro hac vice motion forthcoming*
SILVER MILLER
11780 West Sample Road
Coral Springs, Florida 33065
Telephone: (206) 516-6000
Email: dsilver@silvermillerlaw.com
Email: jmiller@silvermillerlaw.com

*Attorneys for plaintiff Mark Moss in the Moss Action, and Co-Lead Counsel in the Balestra Action*

By: /s/ Roger Townsend
Roger M. Townsend, WSBA #25525
BRESKIN JOHNSON & TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, WA 98104
Telephone: (206) 652-8660
Fax: (206) 652-8290
Email: rtownsend@bjtlegal.com

Donald J. Enright (to be admitted *pro hac vice*)

STIPULATION TO CONSOLIDATE ACTIONS -4- WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100, Seattle, WA 98104-7036
Tel: (206) 883-2500    Fax: (206) 883-2699

1
2
3

LEVI & KORSINSKY, LLP
1101 30th St., NW, Ste. 115
Washington, DC  20007
Telephone:  (202) 524-4292
Facsimile:  (202) 333-2121

*Attorneys for plaintiff Raymond Balestra and Liaison and Co-Lead Counsel, respectively, in the Balestra Action*

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

STIPULATION TO CONSOLIDATE ACTIONS     -5-     **WILSON SONSINI GOODRICH & ROSATI**
701 Fifth Avenue, Suite 5100, Seattle, WA 98104-7036
Tel: (206) 883-2500    Fax: (206) 883-2699

# CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| Beth E. Terrell | bterrell@terrellmarshall.com |
| Blythe H. Chandler | bchandler@terrellmarshall.com |
| Brittany J. Glass | bglass@terrellmarshall.com |
| Barry M. Kaplan | bkaplan@wsgr.com, rcarter@wsgr.com |
| Gregory L. Watts | gwatts@wsgr.com, rcarter@wsgr.com |

I certify that I served the foregoing by email to the following:

| | |
|---|---|
| David C. Silver | dsilver@silvermillerlaw.com |
| Jason S. Miller | jmiller@silvermillerlaw.com |

/s/ Barry M. Kaplan
Barry M. Kaplan, WSBA #8661

CERTIFICATE OF SERVICE

**WILSON SONSINI GOODRICH & ROSATI**
701 Fifth Avenue, Suite 5100, Seattle, WA 98104-7036
Tel: (206) 883-2500    Fax: (206) 883-2699