1  Barry M. Kaplan, WSBA #8661
   Gregory L. Watts, WSBA #43995
2  Stephanie L. Jensen, WSBA #42042
   WILSON SONSINI GOODRICH & ROSATI
3  Professional Corporation
   701 Fifth Avenue, Suite 5100
4  Seattle, WA 98104-7036
   Telephone: (206) 883-2500
5  Facsimile: (206) 883-2699
   Email: bkaplan@wsgr.com
6  Email: gwatts@wsgr.com
7  Email:  sjensen@wsgr.com

8  Attorneys for Defendants

9
                       UNITED STATES DISTRICT COURT
10                      EASTERN DISTRICT OF WASHINGTON

11 | MARK MOSS, an individual;              | CASE NOS.:  2:18-cv-00100-SMJ
12 |                                        |             2:18-cv-00103-SMJ
   |         Plaintiff,                     |
13 |                                        | **[PROPOSED] ORDER GRANTING
   |    v.                                  | STIPULATION TO
14 |                                        | CONSOLIDATE ACTIONS
   | GIGA WATT, INC., a Washington          | UNDER FED. R. CIV. P. 42(a)**
15 | corporation; and GIGA WATT, PTE,       |
   | LTD., a foreign corporation;           | CLASS ACTION
16 |                                        |
   |         Defendants.                    | DEMAND FOR JURY TRIAL
17 | RAYMOND BALESTRA, individually         |
   | and on behalf of all others similarly  | Without Oral Argument
18 | situated,                              |
19 |         Plaintiff,                     |
20 |    v.                                  |
21 | GIGA WATT, INC., GIGA WATT,            |
   | PTE, LTD., CRYPTONOMOS PTE.            |
22 | LTD., and DAVE CARLSON,                |
23 |         Defendants.                    |

24

[PROPOSED] ORDER CONSOLIDATING ACTIONS

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100, Seattle, WA 98104-7036
Tel: (206) 883-2500     Fax: (206) 883-2699

After full consideration of the parties' Stipulation To Consolidate Actions Under Fed. R. Civ. P. 42(a),

IT IS HEREBY ORDERED as follows:

(1) The two above-captioned actions are consolidated for all purposes, including pre-trial proceedings and trial, with *Balestra v. Giga Watt, Inc., et al.*, no. 2:18-cv-00103 (the "*Balestra* Action"), serving as lead case; and

(2) Defendants need not file any responsive pleading in the consolidated action until 45 days after lead plaintiff in the *Balestra* Action has filed and served a consolidated complaint, or designated an operative complaint in that action.

IT IS SO ORDERED.

DATED this __ day of _____, ____.

                                                      The Honorable Salvador Mendoza, Jr.
                                                     UNITED STATES DISTRICT JUDGE

Presented by:
s/ Barry M. Kaplan
Barry M. Kaplan, WSBA #8661
Gregory L. Watts, WSBA #43995
Stephanie L. Jensen, WSBA #42042
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Telephone:  (206) 883-2500
Facsimile:  (206) 883-2699
Email:  bkaplan@wsgr.com
Email:  gwatts@wsgr.com
Email:  sjensen@wsgr.com

*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| Beth E. Terrell | bterrell@terrellmarshall.com |
| Blythe H. Chandler | bchandler@terrellmarshall.com |
| Brittany J. Glass | bglass@terrellmarshall.com |
| Barry M. Kaplan | bkaplan@wsgr.com, rcarter@wsgr.com |
| Gregory L. Watts | gwatts@wsgr.com, rcarter@wsgr.com |

I certify that I served the foregoing by email to the following:

| | |
|---|---|
| David C. Silver | dsilver@silvermillerlaw.com |
| Jason S. Miller | jmiller@silvermillerlaw.com |

/s/ Barry M. Kaplan
Barry M. Kaplan, WSBA #8661

CERTIFICATE OF SERVICE

**WILSON SONSINI GOODRICH & ROSATI**
701 Fifth Avenue, Suite 5100, Seattle, WA 98104-7036
Tel: (206) 883-2500    Fax: (206) 883-2699