FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 03, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARK MOSS, an individual,<br><br>    Plaintiffs,<br><br>    v.<br><br>GIGA WATT, INC., a Washington corporation; and GIGA WATT, PTE, LTD., a foreign corporation,<br><br>    Defendants.<br><br>RAYMOND BALESTRA, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>GIGA WATT, INC., GIGA WATT, PTE, LTD., CRYPTONOMOS PTE, LTD., and DAVE CARLSON<br><br>    Defendants. | No. 2:18-CV-00100-SMJ<br>No. 2:18-CV-00103-SMJ<br><br>ORDER GRANTING STIPULATION TO CONSOLIDATE ACTIONS UNDER FED. R. CIV. P. 42(a) |

  Before the Court, without oral argument, is the parties' Stipulation to Consolidate Actions Under Fed. R. Civ. P. 42(a), ECF No. 10 and 18. The parties represent that the two above-captioned actions stem from related facts and involve the same defendant. The Court finds that good cause exists to consolidate the

ORDER **-** 1

cases in order to conserve judicial resources and prevent the possibility of inconsistent verdicts arising out of the same set of facts.

Accordingly, **IT IS HEREBY ORDERED**:

**1.** The parties' Stipulation to Consolidate Actions Under Fed. R. Civ. P. 42(a), **ECF No. 10 and 18**, is **GRANTED**.

*A.* The two cases (Case No. 2:18-cv-00100-SMJ and Case No. 2:18-cv-00103-SMJ) will be **CONSOLIDATED** for all purposes, with 2:18-cv-103 serving as the lead case.

*B.* Defendants need not file any responsive pleading in the consolidated action until 45 days after lead plaintiff in the consolidated action has filed and served a consolidated complaint or designated an operative complaint in that action. .

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 3rd day of July 2018.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER **-** 2