1  Barry M. Kaplan, WSBA #8661
   Gregory L. Watts, WSBA #43995
2  Stephanie L. Jensen, WSBA #42042
   **WILSON SONSINI GOODRICH & ROSATI**
3  Professional Corporation
   701 Fifth Avenue, Suite 5100
4  Seattle, WA  98104-7036
   Telephone:  (206) 883-2500
5  Facsimile:   (206) 883-2699
6  Email:  bkaplan@wsgr.com
   Email:  gwatts@wsgr.com
7  Email:  sjensen@wsgr.com

8  Attorneys for Defendants
   Giga Watt, Inc., GigaWatt Pte. Ltd.,
9  Cryptonomos Pte. Ltd., and Dave Carlson

10              UNITED STATES DISTRICT COURT

11              EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| 12  MARK MOSS an individual, | CASE NO.:  2:18-cv-00100-SMJ |
| 13              Plaintiff, | CASE NO.:  2:18-cv-00103-SMJ (lead) |
| 14        v. | <u>CLASS ACTION</u> |
| 15  GIGA WATT, INC., a Washington corporation, and GIGA WATT, PTE, LTD., a foreign corporation, | UNOPPOSED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANTS GIGA WATT, INC., DAVE CARLSON, GIGA WATT PTE. LTD., AND CRYPTONOMOS PTE. LTD. |
| 16              Defendants. | |
| 17 | |
| 18  RAYMOND BALESTRA, individually and on behalf of all others similarly situated, | |
| 19 | |
| 20              Plaintiff, | |
| 21        v. | |
| 22  GIGA WATT, INC., GIGAWATT PTE LTD., CRYPTONOMOS PTE. LTD., and DAVE CARLSON, | |
| 23              Defendants. | |
| 24 | |

UNOPPOSED MOTION FOR LEAVE TO
WITHDRAW AS COUNSEL
Lead Case No. 2:18-cv-00103

**WILSON SONSINI GOODRICH & ROSATI**
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

On March 19, 2018, Plaintiff Mark Moss filed a complaint alleging violations of Section 12(a)(1) of the Securities Act of 1933 ("Securities Act") and Section 21.20.140 of the Washington Securities Act against Defendants Giga Watt, Inc., and GigaWatt Pte. Ltd. (the "Moss Action"). The next day, March 20, 2018, Plaintiff Raymond Balestra filed a putative class action complaint alleging violations of Sections 12(a)(1) and 15(a) of the Securities Act against Giga Watt, Inc., GigaWatt Pte. Ltd., Cryptonomos Pte. Ltd., and Dave Carlson (collectively, "Defendants") (the "Balestra Action").

On April 13, 2018, Barry M. Kaplan and Gregory L. Watts of Wilson Sonsini Goodrich & Rosati, PC (collectively, "WSGR") entered notices of appearance as counsel for Defendants in both actions, followed by Stephanie L. Jensen of WSGR on July 2, 2018.

On July 3, 2018, the Court consolidated both actions, with the Balestra Action serving as the lead case.

On October 3, 2018, the Court entered an order directing Plaintiffs to file a consolidated complaint or designate an operative complaint by October 24, 2018.

On October 24, 2018, Plaintiffs filed a consolidated complaint, naming Defendants and two new defendants—Leonid Markin and Edward Khaptakhaev ("New Defendants").

On October 31, 2018, Joel E. Wright of the law firm of Lee Smart, P.S., Inc. filed a notice of appearance in this consolidated action on behalf of Giga Watt, Inc., Dave Carlson, Leonid Markin and Edward Khaptakhaev. Mr. Wright has not filed a notice of appearance for defendants Giga Watt Pte. Ltd. or Cryptonomos Ptd. Ltd.

UNOPPOSED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL
Lead Case No. 2:18-cv-00103

- 1 -

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

Now, with the consent of its clients Giga Watt, Inc., Dave Carlson, Giga Watt Pte. Ltd. and Cryptonomos Pte. Ltd., WSGR seeks to withdraw from their representation in the above-captioned matters. WSGR seeks to withdraw as counsel due to Defendants' unpaid invoices for work performed in connection with both these consolidated actions and another matter. WSGR has not appeared for Markin or Khaptakhaev in this action.

This proposed motion to withdraw and substitute counsel will leave Giga Watt Pte. Ltd. and Cryptonomos Pte. Ltd. without representation in either above-captioned matter.

WSGR has conferred with counsel for Plaintiffs in both matters, and Plaintiffs do not oppose the proposed motion to withdraw as counsel.

Based on the foregoing, Defendants move for an order from the Court to the following effect:

WSGR shall be permitted to withdraw from representation of Giga Watt, Inc., Dave Carlson, Giga Watt Pte. Ltd. and Cryptonomos Pte. Ltd. in both above-captioned matters, and ECF notifications in both matters will be updated accordingly to remove WSGR.

Respectfully submitted and dated this 7th day of November, 2018.

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Barry M. Kaplan
Barry M. Kaplan, WSBA #8661
Gregory L. Watts, WSBA #43995
Stephanie L. Jensen, WSBA #42042
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone: (206) 883-2500
Facsimile: (206) 883-2699

UNOPPOSED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL
Lead Case No. 2:18-cv-00103
- 2 -
WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

1
2

Email: bkaplan@wsgr.com
Email: gwatts@wsgr.com
Email: sjensen@wsgr.com

3
4

*Attorneys for Defendants Giga Watt, Inc., GigaWatt Pte. Ltd., Cryptonomos Pte. Ltd., and Dave Carlson*

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNOPPOSED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL
Lead Case No. 2:18-cv-00103

- 3 -

**WILSON SONSINI GOODRICH & ROSATI**
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

**CERTIFICATE OF SERVICE**

I hereby certify that on November 7, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| Blythe H. Chandler | bchandler@terrellmarshall.com |
| Brittany J. Glass | bglass@terrellmarshall.com |
| Beth E. Terrell | bterrell@terrellmarshall.com |
| Barry M. Kaplan | bkaplan@wsgr.com, rcarter@wsgr.com |
| Gregory L. Watts | gwatts@wsgr.com, rcarter@wsgr.com |
| Stephanie L. Jensen | sjensen@wsgr.com, rcarter@wsgr.com |

I certify that I served the foregoing by email to the following:

| | |
|---|---|
| Donald J. Enright | denright@zlk.com |
| Roger M. Townsend | rtownsend@bjtlegal.com |
| Joel E. Wright | jw@leesmart.com |
| Marc Rosenberg | mr@leesmart.com |

/s/ Barry M. Kaplan
Barry M. Kaplan, WSBA #8661
Attorney for Defendants Giga Watt, Inc., GigaWatt Pte. Ltd., Cryptonomos Pte. Ltd., and Dave Carlson
**WILSON SONSINI GOODRICH & ROSATI, P.C.**
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Telephone:  (206) 883-2500
Email:  bkaplan@wsgr.com

CERTIFICATE OF SERVICE
Lead Case No. 2:18-cv-00103

**WILSON SONSINI GOODRICH & ROSATI**
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699