| | |
|---|---|
| 1 | Barry M. Kaplan, WSBA #8661 |
| 2 | Gregory L. Watts, WSBA #43995<br>Stephanie L. Jensen, WSBA #42042 |
| | WILSON SONSINI GOODRICH & ROSATI |
| 3 | Professional Corporation |
| | 701 Fifth Avenue, Suite 5100 |
| 4 | Seattle, WA 98104-7036 |
| | Telephone: (206) 883-2500 |
| 5 | Facsimile: (206) 883-2699 |
| | Email: bkaplan@wsgr.com |
| 6 | Email: gwatts@wsgr.com |
| 7 | Attorneys for Defendants |
| | Giga Watt, Inc., GigaWatt Pte. Ltd., |
| 8 | Cryptonomos Pte. Ltd., and Dave Carlson |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| 11 | MARK MOSS an individual, | CASE NO.: 2:18-cv-00100-SMJ |
| 12 | Plaintiff, | CASE NO.: 2:18-cv-00103-SMJ (lead) |
| | v. | CLASS ACTION |
| 13 | GIGA WATT, INC., a Washington | |
| 14 | corporation, and GIGA WATT, PTE, LTD., a foreign corporation, | [PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANTS GIGA WATT, INC., DAVE CARLSON, GIGA WATT PTE. LTD., AND CRYPTONOMOS PTE. LTD. |
| 15 | Defendants. | |
| 16 | RAYMOND BALESTRA, individually and on behalf of all others similarly situated, | |
| 17 | Plaintiff, | |
| 18 | v. | |
| 19 | GIGA WATT, INC., GIGAWATT PTE LTD., CRYPTONOMOS PTE. LTD., and DAVE CARLSON, | |
| 20 | Defendants. | |

[PROPOSED] ORDER RE UNOPPOSED MOTION FOR LEAVE TO WITHDRAW

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100, Seattle, WA 98104-7036
Tel: (206) 883-2500  Fax: (206) 883-2699

1   THIS MATTER having come before the Court, and good cause having been
2 shown, pursuant to LCivR 83.2(d)(3), the Court HEREBY ORDERS AS
3 FOLLOWS:

4   Barry M. Kaplan, Gregory L. Watts, and Stephanie L. Jensen of Wilson
5 Sonsini Goodrich & Rosati, P.C. (collectively, "WSGR"), shall be permitted to
6 withdraw from representation of defendants Giga Watt, Inc., Dave Carlson, Giga
7 Watt Pte. Ltd., and Cryptonomos Pte. Ltd. in both above-captioned matters, and
8 ECF notifications in both matters will be updated accordingly to remove WSGR.

10   IT IS SO ORDERED.

11   Dated this _____ day of _____, 2018.

      _____
      United States District Judge