FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 08, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALEX MCVICKER and MARK MOSS, individually and on behalf of all others similarly situated,,<br><br>                  Plaintiffs,<br><br>    v.<br><br>GIGA WATT, INC.; GIGAGWATT PTE LTD.; CRYPTONOMOS PTE. LTD.; DAVE CARLSON; LEONID MARKIN; and EDWARD KHAPTAKHAEV,<br><br>                  Defendants. | No.  2:18-CV-00100-SMJ<br>       2:18-CV-00103-SMJ<br><br>**ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL** |
| RAYMOND BALESTRA, individually and on behalf of all others similarly situated,<br><br>                  Plaintiffs,<br><br>    v.<br><br>GIGA WATT, INC.; GIGAGWATT PTE LTD.; CRYPTONOMOS PTE. LTD.; DAVE CARLSON; LEONID MARKIN; and EDWARD KHAPTAKHAEV,<br><br>                    Defendants. | |

ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL **-** 1

Before the Court, without oral argument, is defense counsel's Unopposed Motion for Leave to Withdraw as Counsel, ECF No. 25. Barry M. Kaplan, Gregory L. Watts, and Stephanie L. Jensen seek to withdraw as counsel for Defendants Giga Watt, Inc., Dave Carlson, Giga Watt Pte. Ltd., and Cryptonomos Pte. Ltd. (collectively, "Defendants").

Pursuant to Local Civil Rule 83.2(d)(4), counsel seek an order permitting them to withdraw as Defendants' counsel of record. Because the requested relief would result in the termination of one law office and leave Giga Watt Pte. Ltd. and Cryptonomos Pte. Ltd. unrepresented, leave of the Court is required. *See* LCivR 83.2(d)(4).

Counsel seek withdrawal due to Defendants' unpaid invoices for work performed in connection with the consolidated actions and another matter. ECF No. 25. Counsel have obtained client consent to withdraw, and Plaintiffs do not oppose the motion. *Id.* Kaplan certifies that a true and correct copy of the motion has been provided to Plaintiffs via electronic transmission. *Id.* at 5; *see* LCivR 83.2(d)(4). Having reviewed the file in this matter, the Court finds good cause to grant the motion.

Accordingly, **IT IS HEREBY ORDERED**:

**1.** Defense counsel's Unopposed Motion for Leave to Withdraw as Counsel, **ECF No. 25**, is **GRANTED**.

**2.** The Clerk's Office is directed to **TERMINATE** Barry M. Kaplan, Gregory L. Watts, and Stephanie L. Jensen as counsel for Defendants Giga Watt, Inc., Dave Carlson, Giga Watt Pte. Ltd., and Cryptonomos Pte. Ltd. from both **case numbers 2:18-CV-00100-SMJ** and **2:18-CV-00103-SMJ**.

**3.** Giga Watt Pte. Ltd. and Cryptonomos Pte. Ltd. must obtain new counsel prior to filing a responsive pleading, and may not proceed *pro se*. *See In re Am. W. Airlines*, 40 F.3d 1058, 1059 (9th Cir. 1994) ("Corporations and other unincorporated associations must appear in court through an attorney.").

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel, Giga Watt Pte. Ltd., and Cryptonomos Pte. Ltd.

**DATED** this 8th day of November 2018.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL **-** 3