1

2
    Marc Rosenberg, WSBA No. 31034
LEE SMART, PS, INC.

3
    1800 One Convention Place
701 Pike Street

4
    Seattle, WA 98010-3929
Phone: (206) 262-8308

5
    Facsimile: (206) 624-5944
mr@leesmart.com

6
    Attorneys for Defendants

7
    Giga Watt, Inc., Dave Carlson,
Leonid Markin and Edwrd Khaptakhaev

8

9

Hon. Mary K. Dimke

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON AT SPOKANE

10

11
    ALEX MCVICKER and MARK
MOSS, individually and on behalf of

12
    all others similarly situated,

13
            Plaintiffs,

14
        vs.

15

16
    GIGA WATT, INC.; *et al.*,

17
            Defendants,

18
    RAYMOND BALESTRA, individually
and on behalf of all others similarly

19
    situated,

20

21
            Plaintiffs,

22
        vs.

23
    GIGA WATT, INC., ET AL.

24

25
            Defendants.

No. 2:18-CV-00100-MKD

No. 2:18-CV-00103-MKD

JOINT REPORT ON STATUS OF
BANKRUPTCY PROCEEDINGS

STATUS REPORT - 1
7785062.doc

L E E · S M A R T

P.S., Inc. · Pacific Northwest Law Offices

1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

On December 14, 2018, proceedings in the above-captioned matter were stayed based upon the filing by Defendant Giga Watt, Inc. of a Chapter 11 bankruptcy petition in the matter *In re Giga Watt, Inc.*, U.S. Bankruptcy Court for the Eastern District of Washington, Case No. 18-03197-FPC.  (Dkt 35).

On August 29, 2024, the Parties were directed to file a status report advising the Court as to the status of the bankruptcy proceedings.  (Dkt 44).

The Parties' joint status report on the pending bankruptcy proceedings, is provided below.

The Giga Watt, Inc. bankruptcy has a long and complicated history and is still ongoing.  The bankruptcy has spawned four adversary proceedings, two of which have been resolved.[1]  There have also been two appeals to the Ninth Circuit Court of Appeals, one of which has resolved after going to the Ninth Circuit Bankruptcy Panel; *In re Giga Watt, Inc*., No. 2:18-BK-03197, 2021 WL 321890, at *1 (B.A.P. 9th Cir. Jan. 29, 2021) (affirming denial of reconsideration of order granting trustee's motion for sale of certain assets to a third party free and clear); and one of which that sought to compel arbitration was dismissed as moot.  *Matter of Giga Watt, Inc*., No. 22-35104, 2022 WL 17883793 (9th Cir. Dec. 23, 2022).

Currently, the last substantive docket entry in the primary bankruptcy matter (bankruptcy docket 1054) was entered 08/27/24, and it is the bankruptcy trustees objection to an attorney's contingency fees application.  There are ongoing proceedings in the primary bankruptcy, two ongoing adversary

---

[1] *Waldron v. Carlson and Jane Doe 1 et al*, Case No. 19-80012-FPC.  (closed); *Dam v. Waldron et al*, Case No. 20-80020-FPC (closed); *Waldron v. Perkins Coie LLP et al*, Case No. 20-80031-FPC; *Waldron v. Dam*, Case No. 21-80053-FPC.

STATUS REPORT - 2
7785062.doc

proceedings, and an ongoing appeal.  Since its inception as a voluntary bankruptcy proceeding under Chapter 11, this bankruptcy has been converted into a Chapter 7 proceeding.  There have been limited orders granting certain parties relief from the automatic bankruptcy stay, including one to settle another class action against Giga Watt in this Court, but no general lifting of the bankruptcy stay, which we understand to remains in force.

There are currently ten opinions on Westlaw related to this case, mostly from the bankruptcy court.  They are provided below in chronological order.

- *Balestra v. Giga Watt, Inc.*, No. 2:18-CV-00103-SMJ, 2018 WL 8244006, at *3 (E.D. Wash. June 28, 2018) (Order Granting Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel).

- *In re Giga Watt, Inc.*, No. 18-03197-FPC7, 2020 WL 6157104 (Bankr. E.D. Wash. Oct. 20, 2020), *aff'd sub nom. Dam v. Waldron*, No. 2:20-CV-00391-SAB, 2021 WL 6137346 (E.D. Wash. July 30, 2021) (Findings and Conclusions for Order Authorizing Trustee's Sale of Moses Lake Equipment).

- *Dam v. Waldron*, No. 2:20-CV-00391-SAB, 2021 WL 6137299 (E.D. Wash. Jan. 21, 2021) (denying motion to stay bankruptcy court order approving the sale of property).

- *In re Giga Watt, Inc*., No. 2:18-BK-03197, 2021 WL 321890 (B.A.P. 9th Cir. Jan. 29, 2021) (affirming denial of reconsideration as to order granting trustee's motion for the sale of certain assets to a third party free and clear).

- *In re Giga Watt, Inc.*, No. 18-03197-FPC7, 2021 WL 1584527 (Bankr. E.D. Wash. Apr. 22, 2021) (Order Holding Adversary Proceeding is Not a Core proceeding).

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

- *In re Giga Watt, Inc.*, No. 18-03197-FPC7, 2021 WL 1597870 (Bankr. E.D. Wash. Apr. 22, 2021) (Order denying Motion to Compel Arbitration and Stay).

- *In re Giga Watt, Inc.*, No. 18-03197-FPC7, 2021 WL 15877238 (Bankr. E.D. Wash. Apr. 22, 2021) (Order Granting Trustee's Motion to Strike Jury Demand).

- *Dam v. Waldron*, No. 2:20-CV-00391-SAB, 2021 WL 6137346 (E.D. Wash. July 30, 2021) (Order on Appeal Affirming Approval of the Sale of Moses Lake Equipment and Related Relief, and Approving Bid Procedures).

- *In re: Giga Watt, Inc.*, No. 18-03197-FPC7, 2021 WL 4436941 (Bankr. E.D. Wash. Sept. 27, 2021) (finding violation of automatic stay, denying sanctions, and identifying claims plaintiff could proceed on in bankruptcy).

- *Matter of Giga Watt, Inc*., No. 22-35104, 2022 WL 17883793, at *1 (9th Cir. Dec. 23, 2022) (dismissing as moot appeal of denial to compel arbitration in an adversary).

Some substantive events and orders in the bankruptcy court, followed by the bankruptcy court's docket numbers, are provided as follows:

| | |
|---|---|
| 11/19/18 | Voluntary Petition for Chapter 11 bankruptcy filed.  (1) |
| 11/22/18 | Amended Voluntary Petition for Chapter 11 bankruptcy filed. (11). |
| 12/12/18 | Statement of financial affairs filed.  (42). |
| 12/19/18 | Appointment of Unsecured Creditors' Committee. (56). |
| 12/26/18 | Order Denying Debtor in Possession's Motion for Interim and Final Orders Authorizing Debtor to Incur Post-Petition Debt (74). |
| 01/18/19 | Order Granting Motion to Appoint Chapter 11 Trustee.  (121). |

STATUS REPORT - 4
7785062.doc

LEE·SMART

P.S., Inc. · Pacific Northwest Law Offices

1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

01/23/19     Appointment of Trustee.

01/23/19     Amended Statement of Financial Affairs filed. (142).

01/24/19     Order Approving Appointment of Chapter 11 Trustee. (146)

01/28/19     Deadline for filing claims

03/04/19     Order Granting Motion to Extend Deadline to File Proofs of Claim to April 19, 2019, and Approving Procedure Relating to Notice to Token Holders and Miner Owners. (219).

04/16/19     Order Granting Stipulated Motion Between the Chapter 11 Trustee and the Port of Douglas County Regarding the Lease, the Application of the Surety Deposit to the Claims of the Port of Douglas County, and the Modification of the Automatic Stay. (276).

04/22/19     Adversary case filed, *Waldron v. Carlson and Jane Doe 1 et al*, Case No. 19-80012 commenced. (281). COMPLAINT for Recovery of money/property - 548 fraudulent transfer.

05/10/19     Order Granting Chapter 11 Trustee's Motion for Order Approving Agreement With Moses Lake Landlords.  (300).

05/20/19     Deadline for filing claims (govt.)

05/20/19     Order Granting Motion to Approve Moses Lake Three-Way Agreement.  (309).

05/28/19     Order Granting Motion to Approve Compromise With Executive Flight, Inc.  (318).

08/329/19    Order Granting Request for (1) Expedited Hearing on Authority to Re-Open the TNT Facility and to Borrow on Interim Basis; (2) Authorizing Re-Opening of TNT Facility; and (3) Approving

STATUS REPORT - 5
7785062.doc

LEE·SMART

P.S., Inc. · Pacific Northwest Law Offices

1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Financing on Interim Basis With Super-Priority Unsecured Status and Order Setting Final Hearing on Request to Borrow. (365).

10/01/19   Order Granting Financing on Final Basis With Super-Priority Unsecured Status. (380).

11/14/19   Order Granting Motion to Modify the Automatic Stay regarding stipulated motion with Port of Douglas County. (417).

12/12/19   Disclosure Statement. Filed by Benjamin A Ellison on behalf of Unsecured Creditors' Committee. (431).

03/10/20   Order Granting Motion to Approve Compromise and Settlement Pursuant to FRBP 9019. (508).

03/24/20   Order Granting Relief from Stay, Abandonment of Property, and Denying Waiver of FRBP 4001(a)(3) re Creditor Chelan Douglas Regional Port Authority, formerly the Port of Douglas County. (515).

04/02/20   Order Denying Motion to Compel Trustee to Abandon and Motion for Allowance of Administrative Expenses. (526).

04/09/20   Order Granting Motion To Sell Property Free and Clear of Liens: Electrical Equipment. (540).

05/06/20   Order Granting Motion To Sell Property Under § 363(b). (589).

05/19/20   Order Approving: (1) Sale of TNT Facility and Trailer Equipment Free and Clear of Liens, Claims and Interests, Subject to Overbidding, Approving Notice Thereof; and (2) Assumption and Assignment of Leases and Power Contract. (602).

06/05/20   Adversary case, *Dam v. Waldron et al*, Case No. 20-80020. (627).

06/11/20   Order Approving Settlement With Port. (619).

STATUS REPORT - 6
7785062.doc

LEE·SMART

P.S., Inc. · Pacific Northwest Law Offices

1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

| | | |
|---|---|---|
| 06/25/20 | Appeal to Bankruptcy Appellate Panel regarding Order on Motion to Sell Property Free and Clear.  (629). |
| 07/02/20 | Adversary Proceeding 2:19-ap-80012 Closed. |
| 07/03/20 | Status Report for Interim Investigatory Report. (631). |
| 07/06/20 | Order Granting Motion for 2004 Examination.  (637). |
| 09/14/20 | Order Granting in part, Denying in part Motion for 2004 Examination. (715). |
| 09/24/20 | Order Granting Motion To Sell Property Free and Clear of Liens: Condominium in Quincy, WA.  (732). |
| 09/24/20 | Order Granting Motion to Approve Compromise and Settlement Pursuant to FRBP 9019 With Allrise.  (733). |
| 09/30/20 | Order Granting Motion to Convert Case from 11 to 7. (744). |
| 10/20/20 | Findings of Fact and Conclusions of Law in Support of Order Authorizing Trustee's Sale of Moses Lake Equipment.  (764). |
| 10/20/20 | Order Approving the Sale of Moses Lake Equipment and Related Relief, and Approving Bid Procedures.  (765). |
| 10/23/20 | Appeal Transmittal to District Court regarding Order on Motion to Sell Property Free and Clear.  (774). |
| 10/23/20 | Report of Sale.  776). |
| 10/29/20 | Final Account Ch 11 with Attached: Ledger Report, Operating Statement, and Bank Transaction Report.  (787). |
| 11/16/20 | Report of Sale. (802). |
| 12/02/20 | Order Allowing Chapter 11 Administrative Claim of Giga Plex, LLC and MLDC1, LLC.  (829). |

STATUS REPORT - 7
7785062.doc

L E E · S M A R T

P.S., Inc. · Pacific Northwest Law Offices

1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

| | |
|---|---|
| 12/22/20 | Order Converting Application for Administrative Expenses and Declaratory Relief to an Adversary Proceeding. (846). |
| 01/18/21 | Deadline for objecting to discharge |
| 03/19/21 | Order Granting Motion to Approve Compromise and Settlement with RI Landlord. (877). |
| 08/26/21 | Adversary Proceeding 2:20-ap-80020 Closed. |
| 10/07/21 | Notice of Appeal regarding Memorandum Decision 877. (923). |
| 12/13/22 | Motion For Contempt Against Perkins Coie LLP, Lowell Ness, Byrnes Keller Cromwell LLP, Ralph E. Cromwell Jr., Joffrey McWilliam, MOTION for Sanctions. (Dkt 970). |
| 12/13/22 | Memorandum in Support of Trustee's Motion to Find the Perkins Group in Contempt and to Impose Sanctions. (Dkt 971). |
| 01/03/23 | Objection to Motion for Contempt. (Dkt 976). |
| | There are also multiple motions for compensation and compensation awards, as well as declaration and exhibits to support the motions and other activity noted on the docket. |
| 10/05/23 | The Court entered an Order: (1) Approving Settlement Agreement with Perkins Coie LLP and Lowel Ness; (2) Approving Stipulation with Refael Sofair; and (3) Approving Stipulation with Timur Usmanov. |
| 11/21/23 | The Court entered an Order Granting Motion for Relief From Stay for the limited purpose of settling the *Sofair* Class Action lawsuit. This settlement agreement led to the voluntary dismissal with prejudice of a case similar to this one, captioned Sofair v. Giga Watt, et al, U.S. |

LEE·SMART

P.S., Inc. · Pacific Northwest Law Offices

1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

District Court for the Eastern District of Washington, Case No. 2:18-cv-00308-SAB.

There are approximately 350 claims made against the bankruptcy estate, with apparently only about 18 claims having been resolved.

The Parties believe that this report advises the Court as to the status of the pending bankruptcy proceedings.  However, the Parties will further supplement this report if directed by the Court.

SUBMITTED JOINTLY this 5th day of September, 2024.

BERSKIN JOHNSON & TOWNSEND PLLC

By: s/ Roger Townsend (via consent)
Roger M. Townsend, WSBA No. 25525
Attorney for Plaintiff
Alex McVicker and Mark Moss

1000 2nd Avenue, Suite 3670
Seattle, WA  98104
(206) 652-8660
rtownsend@bjtlegal.com

LEE SMART, P.S., INC.

By: s/ Marc Rosenberg
Marc Rosenberg, WSBA No. 31034
Attorneys for Defendants
Giga Watt, Inc., Dave Carlson,
Leonid Markin and
Edwrd Khaptakhaev

1800 One Convention Place
701 Pike Street
Seattle, WA 98101
(206) 624-7990
mr@leesmart.com

STATUS REPORT - 9
7785062.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944